# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRANDON SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:23-cv-00019 ) |
| JOSEPH F. DUNCAN, JR. | ) ) |
| Defendant. | ) ) ) |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 19). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE